FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 1 6 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-mj-142-BNW |
| Plaintiff, | |
| vs. | |
| ROBERTO CAGLIARI, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Rachel Kent, counsel for the United States of America, and K. Ryan Helmick, counsel for defendant ROBERTO CAGLIARI, that the above-captioned matter, be amended to Reckless Driving and be closed.

This stipulation is entered into for the following reasons:

1. Defendant completed the required courses and paid the outstanding fine.

DATED this __12_ day of February, 2021.

Respectfully submitted,

KIRK RYAN HELMICK
Counsel for Defendant

/s RYAN HELMICK                          /s RACHEL KENT
_____                  _____

K. RYAN HELMICK                          RACHEL KENT
Counsel for defendant                    United States Attorney

_____
U.S Magistrate Judge Brenda Weksler
DATED February 25, 2021.

1